IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS L. HUDSON

    Plaintiff,

  vs.                        NO. CIV S-09-2328 DAD (TEMP) P

ANDREW NANGALAMA, et al.

    Defendant.            <u>ORDER</u>

/

        Defendants have filed a request to vacate the deadlines requiring the parties to file pretrial statements. Defendants argue that pretrial statements should not be submitted until after the court rules on the motion for summary judgment. Good cause appearing, the request will be granted.

        Accordingly, IT IS HEREBY ORDERED that motion to vacate the deadlines for submission of pretrial statements set in the scheduling order (Docket No. 30) is granted.

DATED: April 26, 2011.

                                                          _____
                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

hm
huds2328.ord

1